DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANIECIA BRIGGS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-2748

[February 29, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 562015CF000512B.

Janiecia Briggs, Ocala, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Marie Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***